[No. 48189-4-I.   Division One.   November 19, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES BRADFORD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01085-6, Carol A. Schapira, J., entered February 5, 2001. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Ellington, JJ.

[No. 18914-7-III.   Division Three.   November 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD V. LABENSKY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 99-1-00077-1, Donald W. Schacht, J., entered October 25, 1999. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 19421-3-III.   Division Three.   November 20, 2001.]

*In the Matter of the Welfare of* D.S.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-7-00711-8, Ellen K. Clark, J., entered June 13, 2000. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 19952-5-III.   Division Three.   November 20, 2001.]

JAMES C. AHLBORN, *Appellant*, v. JOE DALEY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-05607-2, Michael E. Donohue, J., entered January 19, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.